**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Norman v. Kellie Auto Sales, Inc.***, Slip Opinion No. 2022-Ohio-1198.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-1198

NORMAN, APPELLEE, *v.* KELLIE AUTO SALES, INC., APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Norman v. Kellie Auto Sales, Inc.*, Slip Opinion No. 2022-Ohio-1198.]**

*Court of appeals' judgment affirmed on the authority of* Jezerinac v. Dioun.

(No. 2021-0207—Submitted March 29, 2022—Decided April 13, 2022.)

APPEAL from the Court of Appeals for Franklin County,

No. 18AP-32, 2020-Ohio-6953.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Jezerinac v. Dioun*, ___ Ohio St.3d ___, 2022-Ohio-509, ___ N.E.3d ___.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

BRUNNER, J., not participating.

_____

Coffman Legal, L.L.C., and Matthew J.P. Coffman; and Bryan Legal, L.L.C., and Daniel I. Bryant, for appellee, Justin Norman.

Law Offices of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.

————————————